IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

SHARON A. MACK                                                                       PLAINTIFF

vs.                                   Civil No. 04-6120

JO ANNE B. BARNHART,
Commissioner, Social Security Administration                                         DEFENDANT

## **JUDGMENT**

Comes now the Court on this the 21st day of September, 2005, in accordance with the Memorandum Opinion entered in the above styled case on today's date, and hereby considers, orders, and adjudges that the decision of the Commissioner of the Social Security Administration is affirmed and Plaintiff's Complaint is hereby dismissed with prejudice.

IT IS SO ORDERED.

/s/Bobby E. Shepherd
Honorable Bobby E. Shepherd
United States Magistrate Judge